# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 3:12-00150 |
| | ) | Chief Judge Haynes |
| LISA CRAWFORD JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The sentencing hearing is set in this action for **Monday, July 8, 2013 at 10:00 a.m.** By

**Friday, June 28, 2013,** counsel shall submit their memoranda, response and/or reply as well as

the number of witnesses to be called and the expected length of the hearing. Failure to comply

with this deadline may result in the resetting of the sentencing hearing. Counsel shall be prepared

to discuss any forfeiture issues.

It is so **ORDERED**.

**ENTERED** this the ___ day of April, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court