UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00150 |
| | ) | Chief Judge Haynes |
| LISA CRAWFORD JUSTICE | ) | |

MOTION FOR PERMISSION TO REVIEW
PRESENTENCE REPORT TELEPHONICALLY

Lisa Crawford Justice, by and through undersigned counsel, Mariah A. Wooten, First Assistant Federal Public Defender, respectfully requests permission to review the presentence report with defense counsel by telephone, rather than in person. In support of the instant motion, defense counsel would show the following:

(1) Local Criminal Rule 32.01(b) directs defense counsel to "conduct an in-person review of the Presentence Report with his client." The Court may modify this Rule on a case-by-case basis with consent of the parties or when the interest of justice requires, in order to carry out prompt and fair sentencing. L.Cr.R. 32.01(e)

(2) Ms. Justice is indigent and lives out of the district in Cullman,. Objections to the Presentence Report in this case are due on August 22, 2013.

For the reasons stated above, counsel requests permission to review the presentence report with Ms. Justice by telephone, rather than in person.